

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 5 2005
CLERK, U.S. DISTRICT COURT
By _____

| | |
|---|---|
| MARTIN LOPEZ ORTEGA | § |
| Petitioner, | § |
| VS. | § |
| DOUGLAS DRETKE, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division | § |
| Respondent. | § |

NO. 3-05-CV-0439-R

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

SO ORDERED this  5  day of  August , 2005.

_____
UNITED STATES DISTRICT JUDGE