

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC 19 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| MARTIN LOPEZ ORTEGA | § |
| Petitioner, | § |
| v. | § Civil Action No. 3:05-cv-0439-R |
| DOUGLAS DRETKE, Director Texas Department of Criminal Justice Correctional Institutions Division. | § |
| Respondent. | § |

## ORDER

On October 13, 2005, Petitioner, Martin Lopez Ortega, filed a motion for extension of time to file a notice of appeal. (See Dkt. Doc No. 15). On November 9, 2005, United States Magistrate Judge Jeff Kaplan recommended that Petitioner's motion for extension of time to file a notice of appeal should be denied. No objections were filed.

The Court has reviewed the Magistrate Judge's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b). The Court concludes that Judge Kaplan's Findings, Conclusions, and Recommendation are correct and are hereby **ADOPTED** as the findings of this Court. Accordingly, Petitioner's motion for extension of time to file a notice of appeal is **DENIED**.

IT IS SO ORDERED

ENTERED: December 19, 2005

_____
Hon. JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS